IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10626
Summary Calendar
_____

AARON ANTHONY SHEPPARD,

                                        Plaintiff-Appellant,

versus

HERMAN SHAFFER, Doctor; VEACH, Officer;
BRUCE A. LARSEN, Captain; MOON, Counsel Substitute II;
WRIGHT, Counsel Substitute II;
MORRISSON, Senior Counsel Substitute;
QUINTANILLA, Captain,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:97-CV-61
- - - - - - - - - -
November 25, 1997

Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

    Aaron Anthony Sheppard, Texas state prisoner # 658333, appeals the district court's dismissal of his 42 U.S.C. § 1983 complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). We review the district court's dismissal for abuse of discretion. Siglar v. Hightower, 112 F.3d 191, 193 (5th Cir. 1997).

    Sheppard complains of procedural defects in disciplinary hearings against him.  Sheppard has not met the required

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

preconditions to bring a section 1983 claim on these grounds. Edwards v. Balisok, 117 S. Ct. 1584, 1589 (1997); Heck v. Humphrey, 512 U.S. 477, 486-87 (1994); Clarke v. Stadler, 121 F.3d 222, 226 (5th Cir. 1997). Since it did not abuse its discretion in dismissing Sheppard's complaint, the judgment of the district court is AFFIRMED.